# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00195-CV

**Allstate Texas Lloyd's, Appellant**

**v.**

**Texas Department of Insurance; Mike Geeslin, as Commissioner of Insurance; and Office of Public Insurance Counsel, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-06-002824, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this case have filed a joint agreed motion to dismiss the appeal based on a settlement. *See* Tex. R. App. P. 42.1(a). The motion informs the Court that an order entered by the Commissioner of Insurance on May 12, 2008, has resolved the dispute. We grant the motion and dismiss the appeal. *Id*.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed:   May 28, 2008